MORRISON, Judge.

The offense is driving while intoxicated; the punishment, a fine of $50.

The record is before us without a statement of facts or bills of exception.

The complaint and information appear regular on their face; nothing being presented for review, the judgment of the trial court is affirmed.

Upon his trial before the court, appellant entered a plea of guilty to the offense charged.

The record is before this court without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment of the trial court is affirmed.

### CLEMONS v. STATE.
No. 25758.

Court of Criminal Appeals of Texas.

March 19, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted of the offense of unlawfully driving a motor vehicle upon a public highway while his state operator's license to operate such vehicle was suspended, and his punishment was assessed at a fine of $25.

### SANCHEZ v. STATE.
No. 25652.

Court of Criminal Appeals of Texas.

Jan. 23, 1952.

Rehearing Denied March 19, 1952.

